CLEVELAND BAR ASSOCIATION *v.* JOHNSON.

[Cite as *Cleveland Bar Assn. v. Johnson* (1998), 81 Ohio St.3d 74.]

(No. 97–1755—Submitted October 7, 1997—Decided February 18, 1998.)

*Joseph G. Schneider* and *Erica L. Eversman,* for relator.

*Per Curiam.* We agree with the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.